IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Carl Gallo,** **#B18014,**       **Plaintiff,** v. **C/O Humrickhouse,** *et al.,*       **Defendants.** | Case No. 20-cv-00423-SPM |

# MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

This matter is before the Court for case management purposes. Defendant Tom Humerickhouse returned an executed waiver of service of summons on August 19, 2021, and his Answer was due October 4, 2021. (Doc. 26). As of this date, Defendant Humerickhouse has failed to move, answer, or otherwise plead in response to the Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Humerickhouse in accordance with Federal Rule of Civil Procedure 55(a).

(2) Plaintiff is **ORDERED** to move for default judgment against Defendant Humerickhouse on or before **November 22, 2021,** in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Humerickhouse for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the

entry of default to Plaintiff and to Defendant Humerickhouse.

**IT IS SO ORDERED.**

**DATED: October 25, 2021**

_s/ Stephen P. McGlynn_
**STEPHEN P. MCGLYNN**
**United States District Judge**
